1  L. BRUCE LOCKE (#177787)
   Moss & Locke
2  555 University Avenue, Suite 170
   Sacramento, CA 95825
3  (916) 569-0667
   (916) 569-0665 fax
4  Attorneys for
   AARON RUNNER
5

6              IN THE UNITED STATES DISTRICT COURT

7              FOR THE EASTERN DISTRICT OF CALIFORNIA

8  UNITED STATES OF AMERICA,       )   No.  CR. S-08-402 FCD
                                   )
9              Plaintiff,          )
                                   )   STIPULATION AND
10                                 )   ORDER MOVING THE DATE FOR
        v.                         )   ARRAIGNMENT FROM OCTOBER
11                                 )   17, 2008 TO OCTOBER 15, 2008 AT
   Orion Douglas Memmott,          )   2:00 P.M.
12                                 )
               Defendants.         )
13 _____)

14     The defendant by and through his attorney, Bruce Locke, and the United States by and

15 through its attorney, Samantha Spangler, hereby stipulate that the Arraignment currently scheduled

16 for October 17, 2008 at 2:00 p.m., should be moved to October 15, 2008 at 2:00 p.m. Ms. Spangler

17 has authorized Mr. Locke to sign this document for her.

18

19 DATED: October 8, 2008                    /S/  Bruce Locke
                                            BRUCE LOCKE
20                                          Attorney for Orion Douglas

21 DATED: October 8, 2008                    /S/ Bruce Locke
                                            For SAMANTHA SPANGLER
22                                          Assistant United States Attorney

23

24     IT IS SO ORDERED.

25 DATED: October 10, 2008.

26
                                            _____
27                                          U.S. MAGISTRATE JUDGE

28

29                                   1