```
                                              FILED
                                              October 15, 2008
        UNITED STATES DISTRICT COURT FOR THE  CLERK, US DISTRICT COURT
                                              EASTERN DISTRICT OF
              EASTERN DISTRICT OF CALIFORNIA  CALIFORNIA
                                              DEPUTY CLERK
```

UNITED STATES OF AMERICA, )
)  Case No. 2:08-cr-402 FCD
Plaintiff, )
v. )  ORDER OF RELEASE
)
Orion Memmott, )
)
Defendant. )

TO:    UNITED STATES MARSHAL:

This is to authorize the continuing release of <u>Orion Memmott</u>   Case <u>2:08-cr-402 FCD</u> subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    <u>X</u>    Release on Personal Recognizance

    _    Bail Posted in the Sum of _____

    _    Unsecured bond in the amount of.

    _    Appearance Bond with 10% Deposit

    _    Appearance Bond secured by Real Property

    _    Corporate Surety Bail Bond

    <u>X</u>    (Other) <u>Court Supervision; travel restricted to the continental United States; surrender passport</u>

Issued at <u>Sacramento, CA</u> on <u>10/15/08</u>    at  2:00 p.m.

By _____
Kimberly J. Mueller,
United States Magistrate Judge