McGREGOR W. SCOTT
United States Attorney
SAMANTHA S. SPANGLER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2792

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:08-cr-402 FCD |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | CONTINUING STATUS CONFERENCE TO |
| v. ) | FEBRUARY 2, 2009 |
| ) | |
| ORION DOUGLAS MEMMOTT, ) | |
| ) | |
| Defendant. ) | |

Stipulation

The parties, through undersigned counsel, stipulate that the status conference may be continued from December 8, 2008, to February 2, 2009, at 10:00 a.m.  The prosecutor has been scheduled for a Ninth Circuit argument in one of her appeals on December 8, and defense counsel requires additional time to review the discovery.  Accordingly, the parties further stipulate that time may be excluded from the calculation under the Speedy Trial Act for counsel preparation and availability, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) and Local Code T4.

///

///

1

1    Defense counsel has authorized the prosecutor to sign this
2 stipulation on his behalf.
3 DATED:   December 1, 2008                McGREGOR W. SCOTT
                                           United States Attorney
4

5
                                     by    /s/ Samantha S. Spangler
6                                          Samantha S. Spangler
                                           Assistant U.S. Attorney
7

8 DATED:   December 1, 2008
                                           /s/ Samantha S. Spangler for
9                                          Bruce Locke
                                           Counsel for Defendant
10

11                                **ORDER**

12    For good cause shown, the status conference scheduled for
13 December 8, 2008, is continued to February 2, 2009, at 10:00 a.m.
14 The Court finds that the interests of justice served by granting the
15 continuance outweigh the best interests of the public and the
16 defendant in a speedy trial.  Therefore, time is excluded from the
17 speedy trial calculation under the Speedy Trial Act until February
18 2, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv) and Local
19 Code T4.
20    IT IS SO ORDERED.
21 DATED:   December 2, 2008

                                           _____
22                                         FRANK C. DAMRELL, JR.
                                           UNITED STATES DISTRICT JUDGE