LAWRENCE G. BROWN
Acting United States Attorney
SAMANTHA S. SPANGLER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2792

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:08-CR-402 FCD |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | CONTINUING STATUS CONFERENCE TO |
| v. ) | APRIL 6, 2009 |
| ) | |
| ORION DOUGLAS MEMMOTT, ) | |
| ) | |
| Defendant. ) | |

## Stipulation

The parties, through undersigned counsel, stipulate that the status conference may be continued from February 2, 2009, to April 6, 2009, at 10:00 a.m.  Defense counsel requires additional time to review the discovery and review it with the defendant.  Accordingly, the parties further stipulate that time may be excluded from the calculation under the Speedy Trial Act for counsel preparation and availability, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) and Local Code T4.

///

///

///

1

1 | Defense counsel has authorized the prosecutor to sign this
2 | stipulation on his behalf.

3 | DATED:   January 28, 2009         LAWRENCE G. BROWN
                                      Acting United States Attorney
4 |
5 |                            by    /s/ Samantha S. Spangler
                                     Samantha S. Spangler
6 |                                  Assistant U.S. Attorney

7 | DATED:   January 28, 2009
                                     /s/ Samantha S. Spangler for
8 |                                  Bruce Locke
                                     Counsel for Defendant
9 |

10 |                              **ORDER**

11 |     For good cause shown, the status conference scheduled for
12 | February 2, 2009, is continued to April 6, 2009, at 10:00 a.m.  The
13 | Court finds that the interests of justice served by granting the
14 | continuance outweigh the best interests of the public and the
15 | defendant in a speedy trial.  Therefore, time is excluded from the
16 | speedy trial calculation under the Speedy Trial Act until April 6,
17 | 2009, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv) and Local Code
18 | T4.

19 |     IT IS SO ORDERED.
20 | DATED: January 28, 2009
21 |                                  _____
                                      FRANK C. DAMRELL, JR.
22 |                                  UNITED STATES DISTRICT JUDGE

2