L. BRUCE LOCKE (#177787)
Moss & Locke
555 University Avenue, Suite 170
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
ORION DOUGLAS MEMMOTT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR. S-08-402 FCD |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER CONTINUING THE STATUS CONFERENCE FROM JULY 13, 2009 TO AUGUST 10, 2009 AT 10:00 A.M. |
| v. | ) | |
| ORION DOUGLAS MEMMOTT, | ) | |
| Defendants. | ) | |

<u>Stipulation</u>

The defendant by and through his attorney, Bruce Locke, and the United States by and through its attorney, Samantha Spangler, hereby stipulate that the Status Conference currently scheduled for July 13, 2009 at 10:00 a.m., should be continued to August 10, 2009 at 10:00 a.m. The reason for the continuance is that the defense has requested additional discovery and will need time to review that discovery. Accordingly, time should be excluded from the Speedy Trial Computation pursuant to Local Code T4. Ms. Spangler has authorized Mr. Locke to sign this document for her.

DATED: June 22, 2009                    /S/ Bruce Locke
                                        BRUCE LOCKE
                                        Attorney for Orion Douglas Memmott


DATED: June 22, 2009                    /S/ Bruce Locke
                                        For SAMANTHA SPANGLER
                                        Assistant United States Attorney

1

Order

For the reasons stated in the parties' stipulation, the Court hereby orders that the status conference scheduled for July 13, 2009, is continued to Monday, August 10, 2009, at 10:00 a.m.

The Court further finds that the interests of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial. Therefore, time is excluded from the speedy trial calculation under the Speedy Trial Act until August 10, 2009 , pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv) and Local Code T4.

IT IS SO ORDERED.

DATED: June 23, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE