1  L. BRUCE LOCKE (#177787)
   Moss & Locke
2  555 University Avenue, Suite 170
   Sacramento, CA 95825
3  (916) 569-0667
   (916) 569-0665 fax
4  Attorneys for
   ORION DOUGLAS MEMMOTT
5

6                  IN THE UNITED STATES DISTRICT COURT

7                 FOR THE EASTERN DISTRICT OF CALIFORNIA

8  UNITED STATES OF AMERICA,      )   No.  CR. S-08-402 FCD
                                  )
9           Plaintiff,            )
                                  )   STIPULATION AND ORDER
10                                )   CONTINUING THE STATUS
       v.                         )   CONFERENCE FROM
11                                )   SEPTEMBER 14, 2009 TO
   ORION DOUGLAS MEMMOTT,         )   NOVEMBER 16, 2009 AT 10:00 A.M.
12                                )
           Defendants.            )
13  _____)

14                              Stipulation

15     The defendant by and through his attorney, Bruce Locke, and the United States by and

16 through its attorney, Samantha Spangler, hereby stipulate that the Status Conference currently

17 scheduled for September 14, 2009 at 10:00 a.m., should be continued to November 16, 2009 at 10:00

18 a.m. The reason for the continuance is that the defense has recently received additional discovery

19 and will need time to review that discovery. Accordingly, time should be excluded from the Speedy

20 Trial Computation pursuant to Local Code T4. Ms. Spangler has authorized Mr. Locke to sign this

21 document for her.

22

23 DATED: September 9, 2009              /S/  Bruce Locke
                                         BRUCE LOCKE
24                                       Attorney for Orion Douglas Memmott

25

26
27 DATED: September 9, 2009              /S/ Bruce Locke
                                         For SAMANTHA SPANGLER
                                         Assistant United States Attorney
28

29                                     1

Order

For the reasons stated in the parties' stipulation, the Court hereby orders that the status conference scheduled for September 14, 2009 is continued to November 16, 2009 at 10:00 a.m.

The Court further finds that the interests of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial. Therefore, time is excluded from the speedy trial calculation for counsel preparation under the Speedy Trial Act from September 14, 2009 until November 16, 2009, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv) and Local Code T4.

IT IS SO ORDERED.

DATED: September 9, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT COURT