1  BRUCE LOCKE (#177787)
   Moss & Locke
2  555 University Avenue, Suite 170
   Sacramento, CA 95825
3  (916) 569-0667
   (916) 569-0665 fax
4  Attorneys for
   ORION DOUGLAS MEMMOTT
5

6              IN THE UNITED STATES DISTRICT COURT

7            FOR THE EASTERN DISTRICT OF CALIFORNIA

8  UNITED STATES OF AMERICA,      )    No.  CR. S-08-402 FCD
                                  )
9             Plaintiff,          )
                                  )    STIPULATION AND ORDER
10                                )    CONTINUING THE STATUS
       v.                         )    CONFERENCE FROM
11                                )    NOVEMBER 16,2009 TO JANUARY
   ORION DOUGLAS MEMMOTT,         )    11, 2010 AT 10:00 A.M.
12                                )
              Defendant.          )
13 _____)

14                           Stipulation

15      The defendant by and through his attorney, Bruce Locke, and the United States by and

16 through its attorney, Samantha Spangler, hereby stipulate that the Status Conference currently

17 scheduled for November 16, 2009 at 10:00 a.m., should be continued to January 11, 2010 at 10:00

18 a.m. The reason for the continuance is that the defense has recently received additional discovery

19 and will need time to review that discovery.  The government has provided the defense with a

20 proposed plea agreement and the defense is considering that proposal. Accordingly, the time

21 between November 16, 2009 and January 11, 2010 should be excluded from the Speedy Trial

22 calculation pursuant to Title 18 United States Code, Section 3161(h)(7)(B)(iv) and Local Code T-4

23 for defense preparation.   The parties stipulate that the ends of justice served by granting this

24 continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C.

25 §3161(h)(7)(A). Ms. Spangler has authorized Mr. Locke to sign this document for her.

26

27

28

29                                  1

DATED: November 10, 2009                /S/  Bruce Locke
                                        BRUCE LOCKE
                                        Attorney for Orion Douglas Memmott


DATED: November 10, 2009                /S/ Bruce Locke
                                        For SAMANTHA SPANGLER
                                        Assistant United States Attorney

## **ORDER**

For the reasons stated in the parties' stipulation, the Court hereby orders that the status conference scheduled for November 16, 2009 is continued to January 11, 2010 at 10:00 a.m.

The Court further finds that the interests of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial. Therefore, time is excluded from the speedy trial calculation for counsel preparation under the Speedy Trial Act from November 16, 2009 until January 11, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.

IT IS SO ORDERED.

DATED: November 12, 2009

                                        _____
                                        FRANK C. DAMRELL, JR.
                                        UNITED STATES DISTRICT JUDGE