1   BRUCE LOCKE (#177787)
    Moss & Locke
2   555 University Avenue, Suite 170
    Sacramento, CA 95825
3   (916) 569-0667
    (916) 569-0665 fax
4   Attorneys for
    ORION DOUGLAS MEMMOTT
5

6                   IN THE UNITED STATES DISTRICT COURT

7               FOR THE EASTERN DISTRICT OF CALIFORNIA

8   UNITED STATES OF AMERICA,          )    No.  CR. S-08-402 FCD
                                       )
9                   Plaintiff,         )
                                       )
10                                     )    STIPULATION AND ORDER
                                       )    CONTINUING THE STATUS
11        v.                           )    CONFERENCE FROM
                                       )    FEBRUARY 16, 2010 TO APRIL
12  ORION DOUGLAS MEMMOTT,             )    12, 2010 AT 10:00 A.M.
                                       )
                    Defendant.         )
13  _____)

14                            Stipulation

15        The defendant by and through his attorney, Bruce Locke, and the United States by and

16  through its attorney, Samantha Spangler, hereby stipulate that the Status Conference currently

17  scheduled for February 16, 2010 at 10:00 a.m., should be continued to April 12, 2010 at 10:00 a.m.

18  The reason for the continuance is that the defense needs  additional time to review the discovery.

19  The government has provided the defense with a proposed plea agreement and the defense is

20  considering that proposal. Accordingly, the time between February 16, 2010 and April 12, 2010

21  should be excluded from the Speedy Trial calculation pursuant to Title 18 United States Code,

22  Section 3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation.   The parties stipulate that

23  the ends of justice served by granting this continuance outweigh the best interests of the public and

24  the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A).  Ms. Spangler has authorized Mr. Locke

25  to sign this document for her.

26

27

28

29                                  1

1

2

3

4   DATED: February 10, 2010                    _/S/  Bruce Locke_____
                                                 BRUCE LOCKE
5                                                Attorney for Orion Douglas Memmott

6

7

8   DATED: February 10, 2010                    _/S/ Bruce Locke_____
                                                 For SAMANTHA SPANGLER
9                                                Assistant United States Attorney

10

11                                  Order

12        For the reasons stated in the parties' stipulation, the Court hereby orders that the status

13   conference scheduled for February 16, 2010 is continued to April 12, 2010 at 10:00 a.m.

14        The Court further finds that the interests of justice served by granting the continuance

15   outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, time is

16   excluded from the speedy trial calculation for counsel preparation under the Speedy Trial Act from

17   February 16, 2010 until April 12, 2010  pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code

18   T-4.

19        IT IS SO ORDERED.

20   DATED: February 10, 2010

21

22                                               FRANK C. DAMRELL, JR.
                                                 UNITED STATES DISTRICT JUDGE
23

24

25

26

27

28

29                                     2