```
BRUCE LOCKE (#177787)
Moss & Locke
555 University Avenue, Suite 170
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
ORION DOUGLAS MEMMOTT
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No.  CR. S-08-402 FCD |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER CONTINUING THE STATUS CONFERENCE FROM APRIL 12, 2010 TO APRIL 26, 2010 AT 10:00 A.M. |
| v. | ) | |
| ORION DOUGLAS MEMMOTT, | ) | |
| Defendant. | ) | |

## Stipulation

The defendant by and through his attorney, Bruce Locke, and the United States by and through its attorney, Samantha Spangler, hereby stipulate that the Status Conference currently scheduled for April 12, 2010 at 10:00 a.m., should be continued to April 26, 2010 at 10:00 a.m. The reason for the continuance is that the defense needs additional time to review the discovery and consider the government's plea offer. Accordingly, the time between April 12, 2010 and April 26, 2010 should be excluded from the Speedy Trial calculation pursuant to Title 18 United States Code, Section 3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation.   The parties stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A). Ms. Spangler has authorized Mr. Locke to sign this document for her.

///

///

1

DATED: April 6, 2010         /S/  Bruce Locke
BRUCE LOCKE
Attorney for Orion Douglas Memmott

DATED: April 6, 2010         /S/ Bruce Locke
For SAMANTHA SPANGLER
Assistant United States Attorney

Order

For the reasons stated in the parties' stipulation, the Court hereby orders that the status conference scheduled for April 12, 2010 is continued to April 26, 2010 at 10:00 a.m.

The Court further finds that the interests of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial. Therefore, time is excluded from the speedy trial calculation for counsel preparation under the Speedy Trial Act from April 12, 2010 until April 26, 2010 pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.

IT IS SO ORDERED.

DATED: April 6, 2010

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE