1  BRUCE LOCKE (#177787)
   Moss & Locke
2  555 University Avenue, Suite 170
   Sacramento, CA 95825
3  (916) 569-0667
   (916) 569-0665 fax
4  Attorneys for
   ORION DOUGLAS MEMMOTT
5

6              IN THE UNITED STATES DISTRICT COURT

7            FOR THE EASTERN DISTRICT OF CALIFORNIA

8  UNITED STATES OF AMERICA,      )   No.  CR. S-08-402 FCD
                                  )
9              Plaintiff,         )
                                  )   STIPULATION AND ORDER
10                                )    MODIFYING THE SCHEDULE
       v.                         )   FOR THE MOTION TO DISMISS
11                                )
   ORION DOUGLAS MEMMOTT,         )
12                                )
               Defendants.        )
13 _____)

14                           <u>Stipulation</u>

15     The defendant, by and through his attorney, Bruce Locke, and the United States by and

16 through its attorney, Samantha Spangler, hereby stipulate that the schedule for filing the Motion to

17 Dismiss and the Opposition thereto shall be modified as follows: the defendant's Motion to Dismiss

18 will be due June 28, 2010; the government's Opposition will be due July 12, 2010; and the

19 defendant's Reply will be due July 26, 2010. The non-evidentiary hearing on the motion shall be

20 heard on August 9, 2010, at 10:00 a.m.. The reason for the continuance is that the defense needs

21 additional time to gather the supporting documentation for its motion.  Accordingly, the time

22 between June 14, 2010 and August 9, 2010 should be excluded from the Speedy Trial calculation

23 pursuant to Title 18 United States Code, Section 3161(h)(7)(B)(iv) and Local Code T-4 for defense

24 preparation.   The parties stipulate that the ends of justice served by granting this continuance

25 outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C.

26 §3161(h)(7)(A). Ms. Spangler has authorized Mr. Locke to sign this document for her.

27

28

29                                    1

| | |
|---|---|
| DATED: June 15, 2010 |   /S/  Bruce Locke<br>BRUCE LOCKE<br>Attorney for Orion Douglas Memmott |

| | |
|---|---|
| DATED: June 15, 2010 |   /S/ Bruce Locke<br>For SAMANTHA SPANGLER<br>Assistant United States Attorney |

**IT IS SO ORDERED.**

DATED: June 15, 2010

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT COURT