BRUCE LOCKE (#177787)
Moss & Locke
555 University Avenue, Suite 170
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
ORION DOUGLAS MEMMOTT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.   CR. S-08-402 FCD |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| | ) | MODIFYING THE SCHEDULE |
| v. | ) | FOR THE MOTION TO DISMISS |
| | ) | |
| ORION DOUGLAS MEMMOTT, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

<u>Stipulation</u>

The defendant, by and through his attorney, Bruce Locke, and the United States, by and through its attorney, Samantha Spangler, hereby stipulate that the schedule for filing the Motion to Dismiss and the Opposition thereto shall be modified as follows: the defendant's Motion to Dismiss was filed on July 26, 2010; the government's Opposition will be due August 16, 2010; and the defendant's Reply will be due August 30, 2010. The non-evidentiary hearing on the motion shall be heard on September 13, 2010. The reason for this modification is that the defense discovered that it needed additional discovery from the government in order to complete its motion. Accordingly, the time between June 28, 2010 and September 13, 2010 should be excluded from the Speedy Trial calculation pursuant to Title 18 United States Code, Section 3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation.    The parties stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A). Ms. Spangler has authorized Mr. Locke to sign this document for her.

1

DATED: July 29, 2010                    /S/  Bruce Locke
                                       BRUCE LOCKE
                                       Attorney for Orion Douglas Memmott


DATED: July 29, 2010                    /S/ Bruce Locke
                                       For SAMANTHA SPANGLER
                                       Assistant United States Attorney


**ORDER**

IT IS SO ORDERED.

DATED: July 30, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2