```
IBENJAMIN B. WAGNER
United States Attorney
SAMANTHA S. SPANGLER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2792
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                            )<br>        Plaintiff,         )<br>                            )<br>v.                          )<br>                            )<br>ORION DOUGLAS MEMMOTT,      )<br>                            )<br>        Defendant.          )<br>_____) | Case No. 2:08-cr-402 FCD<br><br>STIPULATION AND ORDER<br>CONTINUING HEARING AND FILING<br>DATES RELATED TO THE<br>DEFENDANT'S MOTION TO DISMISS |

<u>Stipulation</u>

The parties, through undersigned counsel, stipulate that the non-evidentiary hearing on the defendant's motion to dismiss may be continued from September 13, 2010, to October 18, 2010, at 10:00 a.m.

Defense counsel has filed the motion to dismiss. Because of the prosecutor's back injury, she requires additional time to review the motion, discuss it with her agents, and prepare a response.

The government's responsive brief will be due September 20, 2010.

The defendant's optional reply brief will be due October 4, 2010.

1  The parties further stipulate that time may be excluded from
2  the calculation under the Speedy Trial Act for counsel preparation
3  and availability, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv)
4  and Local Code T4, and because of the pendency of the motion,
5  pursuant to 18 U.S.C. § 3161(h)(1)(D) and Local Code E.

6  Defense counsel has authorized the prosecutor to sign this
7  stipulation on his behalf.

DATED: September 9, 2010         BENJAMIN B. WAGNER
                                 United States Attorney

                          by    /s/ Samantha S. Spangler
                                 Samantha S. Spangler
                                 Assistant U.S. Attorney

DATED: September 9, 2010
                                /s/ Samantha S. Spangler for
                                 Bruce Locke
                                 Counsel for Defendant

## ORDER

For good cause shown, the hearing scheduled for September 13, 2010, is continued to October 18, 2010, at 10:00 a.m.  The Court finds that the interests of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, time is excluded from the speedy trial calculation under the Speedy Trial Act until October 18, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv), (h)(1)(D), and Local Codes T4 and E.

**IT IS SO ORDERED.**

DATED: September 10, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE