BENJAMIN B. WAGNER
United States Attorney
SAMANTHA S. SPANGLER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2792

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>ORION DOUGLAS MEMMOTT,<br><br>  Defendant. | Case No. 2:08-cr-402 FCD<br><br>STIPULATION AND ORDER CONTINUING HEARING AND FILING DATES RELATED TO THE DEFENDANT'S MOTION TO DISMISS |

**STIPULATION**

The parties, through undersigned counsel, stipulate that the non-evidentiary hearing on the defendant's motion to dismiss may be continued from October 18, 2010, to December 6, 2010, at 10:00 a.m.

Defense counsel has filed the motion to dismiss. Because of the prosecutor's back injury and her intent to ask the Grand Jury for a Superseding Indictment, she requires additional time to review the motion and prepare a response, if, after consultation with defense counsel, she determines that the motion is not mooted by the Superseding Indictment. If the parties agree the motion is mooted by the superseding indictment, they may present a stipulation and proposed order to advance the hearing date.

1

1  The government's responsive brief will be due November 15,
2  2010.
3  The defendant's optional reply brief will be due November 29,
4  2010.
5  The parties further stipulate that time may be excluded from
6  the calculation under the Speedy Trial Act for counsel preparation,
7  pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4,
8  and because of the pendency of the motion, pursuant to 18 U.S.C. §
9  3161(h)(1)(D) and Local Code E.
10  Defense counsel has authorized the prosecutor to sign this
11  stipulation on his behalf.

12  DATED:  November 15, 2010              BENJAMIN B. WAGNER
                                           United States Attorney
13
14                                 by      /s/ Samantha S. Spangler
                                           Samantha S. Spangler
15                                         Assistant U.S. Attorney

16  DATED: November 15, 2010
                                           /s/ Samantha S. Spangler for
17                                         Bruce Locke
                                           Counsel for Defendant
18

19                              **ORDER**

20  For good cause shown, the hearing scheduled for October 18,
21  2010, is continued to December 6, 2010, at 10:00 a.m., and the
22  briefing deadlines are also continued as set forth in the
23  stipulation, above.  The Court finds that the interests of justice
24  served by granting the continuance outweigh the best interests of
25  the public and the defendant in a speedy trial.  Therefore, time is
26  excluded from the speedy trial calculation under the Speedy Trial
27  ///
28  ///

1  Act until December 6, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) &
2  (B)(iv), (h)(1)(D), and Local Codes T4 and E.
3       IT IS SO ORDERED.
4  DATED: October 15, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE