BRUCE LOCKE (#177787)
Moss & Locke
555 University Avenue, Suite 170
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
ORION DOUGLAS MEMMOTT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No.   CR. S-08-402 KJM |
|---|---|---|
| Plaintiff, | ) | |
| | ) | WAIVER OF PERSONAL APPEARANCE |
| | ) | AT ARRAIGNMENT ON |
| v. | ) | SUPERCEDING INDICTMENT |
| | ) | |
| ORION DOUGLAS MEMMOTT, | ) | Date:  February 8, 2011 |
| | ) | Time:  2:00 p.m. |
| Defendants. | ) | |

Pursuant to Rule 10(b) of the Federal Rules of Criminal Procedure, I, ORION DOUGLAS MEMMOTT, hereby waive my personal appearance at the arraignment on the superceding indictment in this case. I acknowledge and understand that I have the right to appear personally with my attorney before a judicial officer for arraignment in open court on the above-numbered Indictment. I further understand that, absent the present waiver, I must appear before this court as directed. I affirm that I have received a copy of the Superceding Indictment, that I waive a formal reading of the Indictment in open court, and I hereby enter a plea of not guilty and demand a jury trial.

I further agree that my interest will be deemed represented at all times by the presence of my attorney, the same as if I were personally present, and further agree to be present in court ready for trial any day and hour the court may fix in my absence.

I further acknowledge that I have been informed of my rights under Title 18 U.S.C. Sections 3161-3174 (Speedy Trial Act), and authorize my attorney to set times and delays under the Act without my being present.

DATED: January 25, 2011            /s/ Orion Douglas Memmott
                                   ORION DOUGLAS MEMMOTT


DATED: February 2, 2011            /s/ Bruce Locke
                                   BRUCE LOCKE
                                   Attorney for Orion Douglas Memmott


The Defendant's Waiver of Personal Appearance at Arraignment on the Superseding Indictment is accepted.


DATED: February 3, 2011            /s/ Gregory G. Hollows
                                   UNITED STATES MAGISTRATE JUDGE