```
BENJAMIN B. WAGNER
United States Attorney
SAMANTHA S. SPANGLER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2792
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ORION DOUGLAS MEMMOTT,<br><br>    Defendant. | Case No. 2:08-cr-0402 KJM<br><br>STIPULATION AND ORDER CONTINUING DEADLINES FOR BRIEFING DEFENDANT'S MOTION TO DISMISS |

<u>Stipulation</u>

The parties, through undersigned counsel, stipulate that the government's brief in opposition to the defendant's motion to dismiss Count One or to limit the government's evidence may be filed on March 18, 2011, and that the defendant's optional reply brief may be filed on March 25, 2011.

The case was recently re-assigned from Judge Damrell to Judge Mueller, in front of whom the motion has been noticed for March 31, 2011, (instead of March 28, 2011).  C.R. 49, 52.

The parties have previously stipulated that time would be excluded from the calculation under the Speedy Trial Act for counsel preparation, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and

Local Code T4 until the filing of the motion, and thereafter until the motion was decided, pursuant to 18 U.S.C. § 3161(h)(1)(D) and Local Code E.

Defense counsel has authorized the prosecutor to sign this stipulation on his behalf.

DATED:  March 21, 2011                    BENJAMIN B. WAGNER
                                          United States Attorney

                                    by    /s/ Samantha S. Spangler
                                          Samantha S. Spangler
                                          Assistant U.S. Attorney

DATED:  March 21, 2011
                                          /s/ Samantha S. Spangler for
                                          Bruce Locke
                                          Counsel for Defendant

## Order

For good cause shown, the briefing deadlines are continued as set forth in the stipulation, above.

IT IS SO ORDERED.

DATED:  March 22, 2011.

_____
UNITED STATES DISTRICT JUDGE