1  BRUCE LOCKE (#177787)
   Moss & Locke
2  800 Howe Avenue, Suite 110
   Sacramento, CA 95825
3  (916) 569-0667
   (916) 569-0665 fax
4  Attorneys for
   ORION DOUGLAS MEMMOTT

5

6

7

8

9                    IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11 UNITED STATES OF AMERICA,           )      No.  2:08-cr-00402 KJM
                                        )
12              Plaintiff,              )
                                        )      STIPULATION AND ORDER
13         v.                           )      EXCLUDING TIME
                                        )
14 ORION DOUGLAS MEMMOTT,               )
                                        )
15              Defendants.             )
   _____)
16

17                              Stipulation

18         On March 31, 2011, the Court denied the defense motion to dismiss parts of the Indictment.

19 The Court also set a further status conference for April 21, 2011.  The defense intends to file a

20 Motion for a Bill of Particulars prior to that date.  Accordingly, the defendant, by and through his

21 attorney, Bruce Locke, and the United States, by and through its attorney, Samantha Spangler,

22 hereby stipulate that the time between March 31, 2011 and April 21, 2011 should be excluded from

23 the Speedy Trial calculation pursuant to Title 18 United States Code, Section 3161(h)(7)(B)(iv) and

24 Local Code T-4 for defense preparation.    The parties stipulate that the ends of justice served by

25 granting this continuance outweigh the best interests of the public and the defendant in a speedy

26 trial. 18 U.S.C. §3161(h)(7)(A). Ms. Spangler has authorized Mr. Locke to sign this document for

27 her.

28

29                                      1

1   DATED: April 4, 2011                    /S/  Bruce Locke
                                            BRUCE LOCKE
2                                           Attorney for Orion Douglas Memmott

3

4

    DATED: April 4, 2011                    /S/ Bruce Locke
5                                           For SAMANTHA SPANGLER
                                            Assistant United States Attorney
6

7

8                              ORDER

9        IT IS SO ORDERED.

10  DATED:  April 6, 2011.

11

12                              _____
                                UNITED STATES DISTRICT JUDGE
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

29                              2