BENJAMIN B. WAGNER
United States Attorney
SAMANTHA S. SPANGLER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2792

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:08-cr-00402 KJM |
| Plaintiff, | STIPULATION AND ORDER SCHEDULING TRIAL CONFIRMING HEARING AND JURY TRIAL |
| v. | |
| ORION DOUGLAS MEMMOTT, | |
| Defendant. | |

Stipulation

The parties, through undersigned counsel, stipulate that the Jury Trial of this matter may be scheduled for November 28, 2011, at 9:00 a.m., and that the Trial Confirming Hearing may be scheduled for October 27, 2011, at 10:00 a.m.

The parties also stipulate that the Court may vacate the status conference on May 26, 2011.

The parties further stipulate that time may be excluded from the calculation under the Speedy Trial Act for counsel preparation, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4 until the jury trial date, from the date that this Stipulation and Order is signed and filed.

1

 1     Defense counsel has authorized the prosecutor to sign this
 2 stipulation on his behalf.

 3 DATED:  May 23, 2011              BENJAMIN B. WAGNER
                                      United States Attorney
 4

 5                             by   /s/ Samantha S. Spangler
                                      Samantha S. Spangler
 6                                       Assistant U.S. Attorney

 7 DATED:  May 23, 2011
                                    /s/ Samantha S. Spangler for
 8                                     Bruce Locke
                                    Counsel for Defendant
 9

10                             ORDER

11     For good cause shown, the Status Conference set for May 26,
12 2011 is vacated; a Trial Confirming Hearing is set for October 27,
13 2011 at 10:00 a.m.; a Jury Trial is set for November 29, 2011 at
14 9:00 a.m.; and time is excluded as set forth in the stipulation,
15 above.
16     IT IS SO ORDERED.
17 DATED: May 24, 2011.

18                                     UNITED STATES DISTRICT JUDGE