1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,
                                              NO. CR. S-08-00402 KJM
12                Plaintiff,

13         v.                                 TRIAL CONFIRMATION ORDER

14   ORION DOUGLAS MEMMOTT,

15                Defendant.
     _____/
16

17         The trial in the above-captioned case, scheduled to commence on October 1,

18   2012, at 9:00 a.m., was confirmed at the trial confirmation hearing held on August 29, 2012. In

19   preparation for trial, the court hereby ORDERS:

20   I.    TRIAL BRIEFS AND STATEMENT OF THE CASE

21         No later than September 24, 2012, the parties shall file any trial briefs with the

22   court. A trial brief shall include a statement of the case, summary of points of law, including

23   reasonably anticipated disputes concerning admissibility of evidence, legal arguments, any other

24   information a party believes is relevant, and citations of authority in support thereof.

25   II.   MOTIONS IN LIMINE

26         A party shall include in its trial briefs any motions in limine.  A party is required

27   to meet and confer before briefing a motion to determine if agreement can be reached or the

28   scope of a motion narrowed before filing.  Any motion filed shall contain a plain, concise

     summary of the parties' position, including but not limited to, specific identification of live and

deposition testimony, physical and demonstrative evidence and the use of special technology at trial, including computer animation, video discs, and other technology.

III.    EXHIBIT LIST AND WITNESS LIST

The government shall, and the defendant may, file exhibit and witness lists no later than September 24, 2012.  Exhibit lists shall also be submitted in either WordPerfect (strongly preferred) or Microsoft Word format via email to: kjmorders@caed.uscourts.gov.

All exhibits should be pre-marked with exhibit stickers provided by the court. The government's exhibits shall be numbered.  Should the defendant elect to introduce exhibits at trial, such exhibits shall be designated by alphabetical letter.  The parties may obtain exhibit stickers by contacting the Clerk's Office at (916) 930-4000.

DATED:  August 30, 2012.

_____
UNITED STATES DISTRICT JUDGE