BENJAMIN B. WAGNER
United States Attorney
MICHAEL D. ANDERSON
KEVIN C. KHASIGIAN
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America



FILED

OCT 2 2 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:08-CR-0402 |
|---|---|
| Plaintiff, | WAIVER OF JURY TRIAL BY THE PARTIES AND [PROPOSED] ORDER |
| v. | |
| ORION DOUGLAS MEMMOTT | |
| Defendant, | |

I Orion Douglas Memmott, am the defendant in the above captioned case. I am aware of my absolute constitutional right to a jury trial.

I understand that a jury consists of twelve impartial citizens selected from the community. In order to ensure that the jurors would be fair and impartial, I understand that the Court would inquire of each potential juror in order to determine if they would be able to apply the law in a fair and impartial manner to my case. My attorney would also be permitted to suggest questions to be asked of jurors, and, at the discretion of the Court, my attorney would be permitted a reasonable amount of time to question jurors directly. Moreover, I understand that my attorney would be able to move to dismiss jurors for cause where there is reason to believe that they would not be fair and impartial. In addition, through the use of preemptory challenges, my attorney could have up to ten jurors excused for any reason except the gender or race of the potential juror.

Waiver of Jury Trial By the Parties and [Proposed]     1
Order

I am aware and understand that in a jury trial, before I can be convicted of any criminal count in the Superseding Indictment, there must be a unanimous verdict of guilty beyond a reasonable doubt by all twelve jurors on that count. I know that in a bench trial only one person, District Judge Kimberly J. Mueller, would render a verdict of guilty or not guilty beyond a reasonable doubt on each count in the Superseding Indictment. I have had adequate time to discuss my right to a jury trial with my attorney; however, I also understand that the right to a jury trial belongs to me and only I can decide whether or not to waive this constitutional right.

Understanding my right to a jury trial, I hereby voluntarily waive my right to a jury trial and consent to a trial of my criminal charges with District Judge Mueller as the trier of fact and judge in the case.

Dated: 10/22/12

ORION DOUGLAS MEMMOTT

I consent to my client's waiver of his right to jury trial which I believe is knowingly, intelligently, and voluntarily made.

Dated: 10/22/12

BRUCE LOCKE
Attorney for Defendant
Orion Douglas Memmott

On behalf of the United States, I hereby waive its right to a jury trial

Dated: 10/22/12

BENJAMIN B. WAGNER
United States Attorney

MICHAEL D. ANDERSON
KEVIN C. KHASIGIAN
Assistant U.S. Attorneys

Waiver of Jury Trial By the Parties and [Proposed] Order     2

## ORDER

Based on the foregoing, and good cause appearing therefrom, the Court finds that defendant Orion Douglas Memmott's jury trial waiver is knowingly, intelligently, and voluntarily made. The Court finds the United States has also waived its right to a jury trial. Accordingly, it is hereby ordered that the trial in the above captioned case shall be by the Court and not by jury trial.

Dated: 10/22/12

KIMBERLY J. MUELLER
United States District Judge

Waiver of Jury Trial By the Parties and [Proposed] Order    3