# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

United States Probation Office

## INTEROFFICE MEMORANDUM

**TO:** Casey Schultz, Courtroom Clerk
Of the Honorable Kimberly J. Mueller

**FROM:** Lynda M. Moore
United States Probation Officer

**DATE:** Monday, January 27, 2014

**SUBJECT:** Orion Douglas Memmott
**Docket Number: 2:08CR00402-01**
**JUDGEMENT AND SENTENCING CONTINUANCE**

**FILED**
Jan 27, 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

The above matter is scheduled for judgment and sentencing on January 29, 2014. Based on scheduling conflicts and holidays, all parties have agreed to a continuation of judgment and sentencing. The following proposed sentencing schedule is offered:

| | |
|---|---|
| Judgment and Sentencing Date: | April 9, 2014 |
| Reply or Statement of Non-Opposition: | April 2, 2014 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | March 26, 2014 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | March 19, 2014 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | March 12, 2014 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | February 26, 2014 |

**Reviewed by:**   *HUGO ORTIZ*
Supervising United States Probation Officer

LMM/sg
cc: Michael D. Anderson, Assistant United States Attorney
Bruce Locke, Defense Counsel

Rev. 09/2011