PHILLIP A. TALBERT
Acting United States Attorney
MICHAEL D. ANDERSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ORION DOUGLAS MEMMOTT,<br><br>Defendant. | CASE NO. 2:08-CR-0402-KJM<br><br>STIPULATION REGARDING SELF SURRENDER<br><br>DATE: N/A<br>TIME: N/A<br>COURT: Hon. Kimberly J. Mueller |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. Defendant Orion Douglas Memmott is currently released on bail pending appeal pursuant to 18 U.S.C. § 3143(b).

2. On June 21, 2016, the Ninth Circuit issued a memorandum of disposition affirming the defendant's conviction and sentence.

3. On June 22, 2016, the circuit court's judgment was filed with this Court. ECF No. 145.

4. As a result of the circuit court's affirmance of the conviction and sentence, the defendant no longer meets the statutory requirements for bail pending appeal. See 18 U.S.C. § 3143(b).

/////

/////

5. The parties agree that a self-surrender date of September 9, 2016, will give the defendant sufficient time to make arrangements for the care of his dependent family members and to put his own affairs in order.

6. Therefore, the parties agree and stipulate, and request that the Court order that the defendant self-surrender no later than Friday, September 9, 2016 at 2:00 p.m. to the facility designated by the Bureau of Prisons, or to the U.S. Marshall's Office that is located on the Fifth Floor of the U.S. Courthouse located at 501 I Street, Sacramento, California, 95814.

7. The parties further stipulate and agree that a willful failure to appear on that date will constitute a separate felony violation, punishable by a consecutive term of imprisonment and/or a fine.

8. Counsel for the defendant further represents that he has discussed the foregoing stipulation and proposed order with the defendant and that the defendant understands and agrees with each of the stipulations set forth herein, and has authorized counsel to stipulate on his behalf.

IT IS SO STIPULATED.

Dated:  June 22, 2016                              PHILLIP A. TALBERT
                                                   Acting United States Attorney

                                                   /s/ MICHAEL D. ANDERSON
                                                   MICHAEL D. ANDERSON
                                                   Assistant United States Attorney

Dated:  June 22, 2016                              /s/ BRUCE LOCKE
                                                   BRUCE LOCKE
                                                   Counsel for Defendant
                                                   ORION DOUGLAS
                                                   MEMMOTT

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 24th day of June, 2016.

_____
UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING SELF-SURRENDER         2